# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 15-20049-TP-MOORE

**UNITED STATES OF AMERICA**

vs.

**GITANO PIERRE BRYANT, JR.**,

    **Defendant.**

_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice to this Honorable Court that the undersigned has been assigned to the above-captioned case.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Christopher B. Browne
CHRISTOPHER B. BROWNE
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 91337
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9419
Facsimile: (305) 536-4699
E-mail: christopher.browne@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **24th** day of **October**, **2016**, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Christopher B. Browne
CHRISTOPHER B. BROWNE
Assistant United States Attorney